INVOICE / CHARGE



1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-6234

CUSTOMER COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| MEREX FOOD CORP. | MEREX |
| P.O. Number | Phone No. | Terms |
| 84040 | 914-376-0202 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| 06/20/08 | 00122269 | 1 of 1 | Yes  No  [X]  Delivered | | SB |

**Bill To:** MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:** MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 240 | 06288 SNO PEA 10 LB. | 13.550 | 3252.00 |
| | Pallets Out/In  0/ 0 | | |
| | **Total** 240.00 | **Total $** | 3252.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✘
Customer Signature

SHIPPING MANIFEST


davalan sales

1801 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-8234

SEAL#:
CUST PO#:
RECORDER#:
BK#:

CARRIER#:
AIR BILL#:
CONTAINER#:
TEMPERATURE:    0

| CUSTOMER INFORMATION: Name | | Number: |
|---|---|---|
| MEREX FOOD CORP. | | MEREX |
| P.O. Number | Phone No. | Terms |
| 84040 | 914-376-0202 | NET 21 DAYS |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | 1 | Yes | No | |
| 06/20/08 | 00122269 | of | X | | SB |
| | | 1 | Delivered | | |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 240 | SNO PEA 10 LB |

Pallets Out/In /

Total: 240

PALLETS IN: _____

PALLETS OUT: _____

DRIVER PRINT: ___ _____

DRIVER SIGN: _____

TRAILER LIC: _____ _____

TIME OUT: _____ . __

## INVOICE / CHARGE



**davalan sales**

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2600  Fax (213) 622-9254

CUSTOMER COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| MEREX FOOD CORP. | MEREX |

| P.O. Number | Phone No. | Terms |
|---|---|---|
| 76792 | 914-376-0202 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | | Salesperson |
|---|---|---|---|---|---|---|
| | | 1 | Yes | No | | |
| 06/27/08 | 00122278 | of | X | | | SB |
| | | 1 | Delivered | | | |

**Bill To:** MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:** MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 50 | 07135 WHITE PEARL 25# | 33.250 | 1662.50 |
| 45 | 03547 JICAMA 40# | 9.000 | 405.00 |
| 96 | 05823 RAPINI | 24.750 | 2376.00 |
| 108 | 03707 LEMON 165 CH. | 29.150 | 3148.20 |
| 108 | 03738 LEMON 200 | 29.150 | 3148.20 |
| 5 | 08843 LEMON GRASS W/B | 14.500 | 72.50 |
| 54 | 03757 LEMON CH. (95) | 36.150 | 1952.10 |
| 240 | 00423 AVOCADO 48 HASS | 36.000 | 8640.00 |
| 80 | 00426 AVOCADOES 60 HASS | 37.000 | 2960.00 |
| 1 | 08397 CONSOLIDATION FRENCH BEAN | .000 | .00 |
| 56 | 06395 BUTTERNUT SQUASH | 15.000 | 840.00 |
| 1 | 08840 RECORDER #6664079 | 23.500 | 23.50 |

Pallets Out/In  0/  0

| | Total | 844.00 | Total $ | 25228.00 |
|---|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

X_____
Customer Signature

SHIPPING MANIFEST



**davalan sales**

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2600  Fax (213) 622-6234

| | |
|---|---|
| SEAL #: | CARRIER #: |
| CUST PO #: | AIR BILL #: |
| RECORDER #: | CONTAINER #: |
| BK #: | TEMPERATURE: 0 |

| CUSTOMER INFORMATION: Name | | Number: |
|---|---|---|
| MEREX FOOD CORP. | | MEREX |
| P.O. Number | Phone No. | Terms |
| 76792 | 914-376-0202 | NET 21 DAYS |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | | Yes | No | |
| 06/27/08 | 00122278 | 1 of 1 | X | | SB |
| | | | Delivered | | |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 50 | WHITE PEARL 25# |
| 45 | JICAMA 40# |
| 96 | RAPINI |
| 108 | LEMON 165 CH. |
| 108 | LEMON 200 |
| 5 | LEMON GRASS W/B |
| 54 | LEMON CH. (95) |
| 240 | AVOCADO 48 HASS |
| 80 | AVOCADOES 60 HASS |
| 1 | CONSOLIDATION FRENCH BEAN |
| 56 | BUTTERNUT SQUASH |
| 1 | RECORDER #6664079 |

Date 6/27/08  Time:
Order #: 122278  Product: MERex
Shipper: Davalan Sales
Receiver: MEREX Fuud Cap
Carrier: HURRICANE EXPRESS
Version: 173508  Driver Signature:
S/N: 6664079
SENSITECH INC.  www.sensitech.com  ©COPY NOTICE

Pallets Out/In /

Total: 844

PALLETS IN:
DRIVER PRINT: BILL OCAN
TRAILER LIC: P47680+ AK

PALLETS OUT: 5
DRIVER SIGN: Bill Oca
TIME OUT: 9:00 AM

6-28-08



**INVOICE / CHARGE**

**davalan sales**

1001 E. Olympic Blvd., Suite 326
Los Angeles, CA 90021
Phone (213) 623-2600 Fax (213) 622-0234

**CUSTOMER COPY**

| CUSTOMER INFORMATION: Name | Number: | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | MEREX | | 07/05/08 | 00122352 | 1 of 1 | Yes [X] No [ ] Delivered | | SB |
| P.O. Number | Phone No. | Terms | | | | | | |
| 84298 | 914-376-0202 | NET 21 DAY | | | | | | |

**Bill To:**    MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**    MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 49 | 02368 DAIKON WB. | 11.500 | 563.50 |
| 90 | 03547 JICAMA 40# | 8.500 | 765.00 |
| 49 | 00192 ANISE 30 CT | 11.750 | 575.75 |
| 49 | 06098 SALAD SAVOY | 16.300 | 798.70 |
| 112 | 01107 ANAHEIM CHILES WB. 27# NET | 19.350 | 2167.20 |
| 112 | 08303 CARIBE YELLOW CHILI 30# | 13.000 | 1456.00 |
| 84 | 01632 JALAPENO CHILES WB. | 29.500 | 2478.00 |
| 112 | 02194 PASILLA WB. 24# NET | 20.250 | 2268.00 |
| 55 | 01223 BANANA CHILI WB. | 12.500 | 687.50 |
| 54 | 03757 LEMON CH. (95) | 36.150 | 1952.10 |
| 160 | 00423 AVOCADO 48 HASS | 36.250 | 5800.00 |
| 2 | 08397 CONSOLIDATION FIGS | .000 | .00 |
| 2 | 08397 CONSOLIDATION BABY CARROT | .000 | .00 |
| 4 | 09167 CONSOLIDATION HOOD | .000 | .00 |
| 1 | 08840 RECORDER #6664108 | 23.500 | 23.50 |

Pallets Out/In 0/ 0

| Total | 935.00 | Total $ | 19535.25 |
|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

**X**_____
Customer Signature



**SHIPPING MANIFEST**



1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2600  Fax (213) 624-8384

| | |
|---|---|
| SEAL#: | CARRIER#: |
| CUST PO#: | AIR BILL#: |
| RECORDER#: | CONTAINER#: |
| BK#: | TEMPERATURE:  0 |

| CUSTOMER INFORMATION: Name | Number: | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | MEREX | | 07/05/08 | 00122352 | 1 of 2 | Yes [X] No [ ] Delivered | | SB |
| P.O. Number | Phone No. 914-376-0202 | Terms NET 21 DAYS | | | | | | |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 49 | DAIKON WB. |
| 90 | JICAMA 40# |
| 49 | ANISE 30 CT |
| 49 | SALAD SAVOY |
| 112 | ANAHEIM CHILES WB. 27# NET |
| 112 | CARIBE YELLOW CHILI 30# |
| 84 | JALAPENO CHILES WB. |
| 112 | PASILLA WB. |
| 55 | BANANA CHILI WB. |
| 54 | LEMON CH. (95) |
| 160 | AVOCADO 48 HASS |
| 2 | CONSOLIDATION FIGS |

Pallets Out/In /

Total:

Date 7-05-08  Time:
Order # 122352  Product: MIXE
Shipper DAVALAN Shipping
Receiver MEREX
Carrier:
Vessel:  Driver Signature: _____
S/N 6664108
SENSITECH INC.  www.sensitech.com 3 COPY NOTICE

PALLETS IN: ___0___

DRIVER PRINT: Maurice Jones

TRAILER LIC: PT73920 AF

PALLETS OUT: ___25___

DRIVER SIGN: Maurice Jones

TIME OUT: 9:45 AM

SHIPPING MANIFEST



1001 E. Olympic Blvd., Suite 326
Los Angeles, CA 90021
Phone (213) 023-2500 Fax (213) 027-8234

| | | |
|---|---|---|
| SEAL#: | CARRIER#: | |
| CUST PO#: | AIR BILL#: | |
| RECORDER#: | CONTAINER#: | |
| BK#: | TEMPERATURE: | 0 |

| CUSTOMER INFORMATION: Name | | Number: | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | | MEREX | | | | 2 | Yes | No | |
| P.O. Number | Phone No. | Terms | | 07/05/08 | 00122352 | of | X | | SB |
| | 914-376-0202 | NET 21 DAYS | | | | 2 | Delivered | | |

**Bill To:** MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:** MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 2 | CONSOLIDATION BABY CARROT |
| 4 | CONSOLIDATION HOOD |
| 1 | RECORDER |
| 1 | RECORDER |
| | Pallets Out/In / |

Total: 936

PALLETS IN: _____     PALLETS OUT: _____

DRIVER PRINT: _____     DRIVER SIGN: _____

TRAILER LIC: _____     TIME OUT: _____

INVOICE / CHARGE


**davalan sales**

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-8234
CUSTOMER COPY

| CUSTOMER INFORMATION: Name | Number: | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | MEREX | | | | 1 | Yes | No | |
| P.O. Number | Phone No. | Terms | 07/14/08 | 00122437 | of | X | | SB |
| 84189 | 914-376-0202 | NET 21 DAY | | | 1 | Delivered | | |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 90 | 03547 JICAMA 40# | 9.750 | 877.50 |
| 56 | 01107 ANAHEIM CHILES WB. | 14.500 | 812.00 |
| 56 | 06395 BUTTERNUT SQUASH | 14.500 | 812.00 |
| 48 | 00190 ANISE 2 DOZ. | 10.500 | 504.00 |
| 28 | 02674 JAPANESE EGGPLANT 25# | 15.000 | 420.00 |
| 40 | 00948 BROCCOLINI 18CT. | 22.750 | 910.00 |
| 30 | 01058 CACTUS LEAVES 10# | 5.000 | 150.00 |
| 112 | 06825 TOMATILLOS WB. | 18.000 | 2016.00 |
| 56 | 02194 PASILLA WB. | 20.850 | 1167.60 |
| 4 | 08397 CONSOLIDATION KINGSBURG | .000 | .00 |
| 1 | 08840 RECORDER #6664106 | 23.500 | 23.50 |

Pallets Out/In 0/ 0

| | Total 521.00 | Total $ | 7692.60 |
|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to. In addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✗
Customer Signature



SHIPPING MANIFEST



1001 E. Olympic Blvd., Suite 326
Los Angeles, CA 90021
Phone (213) 623-2600 Fax (213) 622-6734

| | | | | |
|---|---|---|---|
| SEAL#: | CARRIER#: |
| CUST PO#: | AIR BILL#: |
| RECORDER#: | CONTAINER#: |
| BK#: | TEMPERATURE: | 0 |

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| MEREX FOOD CORP. | MEREX |
| P.O. Number | Phone No. | Terms |
| 84189 | 914-376-0202 | NET 21 DAYS |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| 07/14/08 | 00122437 | of 1 | Yes [X] No [ ] Delivered | | SB |

**Bill To:** MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:** MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 90 | JICAMA 40# |
| 56 | ANAHEIM CHILES WB. |
| 56 | BUTTERNUT SQUASH |
| 48 | ANISE 2 DOZ. |
| 28 | JAPANESE EGGPLANT 25# |
| 40 | BROCCOLINI 18CT. |
| 30 | CACTUS LEAVES 10# |
| 112 | TOMATILLOS WB. |
| 56 | PASILLA WB. |
| 4 | CONSOLIDATION KINGSBURG |
| 1 | RECORDER |
| | Pallets Out/In / |

Date 7/14/08  Time
Order # 122452  Product: M Hal
Shipper: Davalan Sales
Receiver: MEREX
Carrier:
Vessel:  Driver Signature: M Kosel
S/N. 6664106
SENSITECH INC    www.sensitech.com   / COPY NOTICE

**Total: 521**

PALLETS IN: 8

DRIVER PRINT: MICHAEL KOSENKOV

TRAILER LIC: TPC 6135 (Ohio)

Z BROTHERS TRUCKING

PALLETS OUT: 13

DRIVER SIGN: M Kosel

TIME OUT: 6:55 AM

# INVOICE / CHARGE



1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 622-2500  Fax (213) 622-6234

CUSTOMER COPY

| CUSTOMER INFORMATION: Name | Number: | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | MEREX | 07/18/08 | 00122474 | 1 of 1 | Yes X No | | SB |
| P.O. Number | Phone No. | Terms | | | | Delivered | |
| 84198 | 914-376-0202 | NET 21 DAY | | | | | |

**Bill To:**   MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**   MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 98 | 06194 SHANGHAI BOK CHOY WB. | 11.500 | 1127.00 |
| 90 | 06574 SUNCHOKE 25LB | 22.250 | 2002.50 |
| 56 | 02194 PASILLA WB.24# | 24.000 | 1344.00 |
| 28 | 01223 BANANA CHILI WB. | 18.000 | 504.00 |
| 46 | 02233 RED FRESNO CHILES WIREBOUND | 36.500 | 1679.00 |
| 10 | 05621 RED CACTUS PEARS | 16.500 | 165.00 |
| 45 | 03547 JICAMA 40# | 9.750 | 438.75 |
| 112 | 01632 JALAPENO 40# WB.California | 19.500 | 2184.00 |
| 56 | 06825 TOMATILLOS WB.40# California | 22.000 | 1232.00 |
| 1 | 08840 RECORDER #6664112 | 23.500 | 23.50 |
| 2 | 08397 CONSOLIDATION PEELED CARROT | .000 | .00 |
| 4 | 09167 CONSOLIDATION HOOD | .000 | .00 |
| 1 | 08924 LATE LOAD CHARGE | 50.000 | 50.00 |

Pallets Out/In  0/ 0

| | Total | 549.00 | Total $ | 10749.75 |
|---|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

**X**_____
Customer Signature



From: 213.622.6234    Page: 16/44    Date: 11/7/2008 10:22:19 AM

# SHIPPING MANIFEST



**davalan sales**

1801 E. Olympic Blvd., Suite 326
Los Angeles, CA 90021
Phone (213) 623-2600  Fax (213) 622-6234

| SEAL #: | CARRIER#: |
|---|---|
| CUST PO#: | AIR BILL#: |
| RECORDER#: | CONTAINER#: |
| BK#: | TEMPERATURE: 0 |

| CUSTOMER INFORMATION: Name | | Number: | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | | MEREX | | | | 1 | Yes | No | |
| P.O. Number | Phone No. | Terms | | 07/18/08 | 00122474 | of | X | | SB |
| 84108 | 914-376-0202 | NET 21 DAYS | | | | 1 | Delivered | | |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 98 | SHANGHAI BOK CHOY WB. |
| 90 | SUNCHOKE 25LB |
| 56 | PASILLA WB. |
| ~~56~~ 28 | BANANA CHILI WB. |
| 46 | RED FRESNO CHILES WIREBOU |
| 10 | RED CACTUS PEARS |
| 45 | JICAMA 40# |
| 4 | CONSOLIDATION HOOD |
| 112 | JALAPENO CHILES WB. |
| 56 | TOMATILLOS WB. |
| 1 | RECORDER |
| 2 | CONSOLIDATION PEELED CARROT |

Date **7-19-08** Time —
Order #: **122474** Product: **MIXE**
Shipper: **DAVALAN Shipping**
Receiver: **MEREX**
Carrier: **G.P. Trans**
Vessel: — Driver Signature: **Mykola**
S/N: **6664112**
SENSITECH INC.  www.sensitech.com *COPY NOTICE*

Pallets Out/In /

**Total: 576**

PALLETS IN: **6**
DRIVER PRINT: **Mykola**
TRAILER LIC: **7591 S2. WA.**

PALLETS OUT: **16**
DRIVER SIGN: **(Cherenos)**
TIME OUT: **12:20 PM**

**7-19-08**
**LATE LOAD**
**José Pimentel**

INVOICE / CHARGE


**davalan sales**

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-0234
CUSTOMER COPY

| CUSTOMER INFORMATION: Name | Number: | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | MEREX | | 07/22/08 | 00122519 | 1 of 1 | Yes X / No  Delivered | | SB |
| P.O. Number | Phone No. | Terms | | | | | | |
| 84219 | 914-376-0202 | NET 21 DAY | | | | | | |

Bill To:   MEREX FOOD CORP.
           PO BOX 9
           YONKERS, NY 10710-0009

Ship To:   MEREX FOOD CORP.
           1120 SAW MILL RIVER ROAD
           YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 96 | 05823 RAPINI Andy Boy | 27.750 | 2664.00 |
| 98 | 02194 PASILLA WB,24# | 21.000 | 2058.00 |
| 90 | 03547 JICAMA 40# | 9.750 | 877.50 |
| 56 | 06395 BUTTERNUT SQUASH | 14.500 | 812.00 |
| 1 | 08840 RECORDER # 6664113 | 23.500 | 23.50 |
| | Pallets Out/In  0/ 0 | | |

| | | Total 341.00 | Total $ 6435.00 |
|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✗ _____

Customer Signature



# SHIPPING MANIFEST


**davalan sales**

1601 E. Olympic Blvd., Suite 326
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-0234

| | | |
|---|---|---|
| SEAL#: | CARRIER#: | |
| CUST PO#: | AIR BILL#: | |
| RECORDER#: | CONTAINER#: | |
| BK#: | TEMPERATURE: | 0 |

| | CUSTOMER INFORMATION: Name | Number: | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|
| | MEREX FOOD CORP. | MEREX | | | 1 | Yes | No | |
| | | | 07/22/08 | 00122519 | of | X | | SB |
| | P.O. Number | Phone No. | Terms | | 1 | Delivered | | |
| | 84219 | 914-378-0202 | NET 21 DAYS | | | | | |

**Bill To:** MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:** MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 96 | RAPINI |
| 98 | PASILLA WB.24# |
| 90 | JICAMA 40# |
| 56 | BUTTERNUT SQUASH |
| 1 | RECORDER |

Date: 7-23-08  Time:
Order # 122519  Product: MIKE SHIPPING
Shipper: DAVALAN
Receiver: MEREX
Carrier: SWJERS...  Driver Signature:
Vessel:
S/N: 6664113
SENSITECH INC.  www.sensitech.com  1 COPY NOTICE

Pallets Out/In /

**Total: 341**

PALLETS IN: _____0_____

DRIVER PRINT: _____

TRAILER LIC: X 12610 ...

PALLETS OUT: _____7_____

DRIVER SIGN: _____

TIME OUT: 6:15 PM

INVOICE / CHARGE



**davalan sales**

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 623-8234

CUSTOMER COPY

| CUSTOMER INFORMATION: Name | Number: | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | MEREX | 07/30/08 | 00122580 | 1 of 1 | Yes X  No ☐ | | SB |
| P.O. Number | Phone No. | Terms | | | | Delivered | |
| 84585 | 914-376-0202 | NET 21 DAY | | | | | |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 180 | 03547 JICAMA 40# | 9.750 | 1755.00 |
| 144 | 05823 RAPINI | 27.750 | 3996.00 |
| 22 | 02343 YELLOW CHILES 30# Net | 19.000 | 418.00 |
| 56 | 02194 PASILLA WB.24# Net | 20.900 | 1170.40 |
| 84 | 02276 SERRANO WB.35 # Net | 21.000 | 1764.00 |
| 25 | 06194 SHANGHAI BOK CHOY WB. | 13.000 | 325.00 |
| 1 | 08840 RECORDER 6664117 | 23.500 | 23.50 |
| 1 | 08397 CONSOLIDATION FRISEE | .000 | .00 |
| | Pallets Out/In  0/  0 | | |

| | | Total | 513.00 | Total $ | 9451.90 |
|---|---|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✗ _____
Customer Signature



SHIPPING MANIFEST



**davalan sales**

1601 E. Olympic Blvd., Suite 125
Los Angeles, CA 90021
Phone (213) 629-2500  Fax (213) 622-0234

| | | | | |
|---|---|---|---|---|
| SEAL#: | | CARRIER#: | | |
| CUST PO#: | | AIR BILL#: | | |
| RECORDER#: | | CONTAINER#: | | |
| BK#: | | TEMPERATURE: | 0 | |

| CUSTOMER INFORMATION: Name | | Number: |
|---|---|---|
| MEREX FOOD CORP. | | MEREX |
| P.O. Number | Phone No. | Terms |
| 84585 | 914-376-0202 | NET 21 DAYS |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | 1 | Yes | No | |
| 07/30/08 | 00122580 | of | X | | SB |
| | | 1 | Delivered | | |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | |
|---|---|---|
| 180 | JICAMA 40# | |
| 144 | RAPINI | |
| 22 | YELLOW CHILES WIREBOUND | |
| 56 | PASILLA WB. | Date 7-30-08 Time |
| 84 | SERRANO WB. | Order # 122580 Product: MIXE |
| 25 | SHANGHAI BOK CHOY WB. | Shipper: DAVALAN SHIPPING |
| 1 | RECORDER | Receiver: MEREX |
| 1 | CONSOLIDATION FRISEE | Carrier: MDU |
| | | Vessel: Driver Signature |
| | | 6664117 |
| | | S.N. |
| | | SENSITECH INC   www.sensitech.com  1 COPY NOTICE |
| | Pallets Out/In / | |

**Total: 513**

PALLETS IN: _____0_____

DRIVER PRINT: _Dimidii_

TRAILER LIC: _4FP6591_

PALLETS OUT: _____12_____

DRIVER SIGN: _____

TIME OUT: _6.00 PM_

INVOICE / CHARGE



davalan sales

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-8234
CUSTOMER COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| MEREX FOOD CORP. | MEREX |

| P.O. Number | Phone No. | Terms |
|---|---|---|
| 84788 | 914-376-0202 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| 08/01/08 | 00122613 | 1 of 1 | Yes X  No ☐  Delivered | | SB |

**Bill To:** MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:** MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 56 | 01107 ANAHEIM CHILES WB. 24# Net | 16.000 | 896.00 |
| 56 | 02194 PASILLA WB.20# Net | 17.400 | 974.40 |
| 20 | 00948 BROCCOLINI 18CT. | 22.750 | 455.00 |
| 63 | 04093 MEYER LEMON | 57.500 | 3622.50 |
| 90 | 03547 JICAMA 40# | 9.750 | 877.50 |
| 128 | 01379 CELERY ROOT 1 DOZ. | 8.100 | 1036.80 |
| 48 | 00848 FAVA BEANS | 23.000 | 1104.00 |
| 28 | 00192 ANISE 30 CT | 8.000 | 224.00 |
| 20 | 03905 ROMAINE HEARTS 12/3CT. | 22.000 | 440.00 |
| 10 | 05767 QUINCE 36 | 14.000 | 140.00 |
| 80 | 00994 GOLD BEET 25# | 22.500 | 1800.00 |
| 42 | 06825 TOMATILLOS WB. | 16.750 | 703.50 |
| 1 | 08840 RECORDER | 23.500 | 23.50 |
| 1 | 08924 LATE LOAD CHARGE | 150.000 | 150.00 |

Pallets Out/In  0/  0

| | Total | 643.00 | Total $ | 12447.20 |
|---|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✗ _____
Customer Signature



SHIPPING MANIFEST



1001 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2600  Fax (213) 622-0934

| | | | |
|---|---|---|---|
| SEAL#: | CARRIER#: | | |
| CUST PO#: | AIR BILL#: | | |
| RECORDER#: | CONTAINER#: | | |
| BK#: | TEMPERATURE: | 0 | |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | 1 | Yes | No | |
| 08/01/08 | 00122613 | of | X | | SB |
| | | 2 | Delivered | | |

**CUSTOMER INFORMATION: Name** — **Number:**

MEREX FOOD CORP. — MEREX

| P.O. Number | Phone No. | Terms |
|---|---|---|
| | 914-376-0202 | NET 21 DAYS |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 56 | ANAHEIM CHILES WB. 24# Net |
| 56 | PASILLA W.B. 20# Net |
| 20 | BROCCOLINI 18CT. |
| 63 | MEYER LEMON |
| 90 | JICAMA 40# |
| 128 | CELERY ROOT 1 DOZ. |
| 48 | FAVA BEANS |
| 28 | ANISE 30 CT |
| 20 | ROMAINE HEARTS 12/3CT. |
| 10 | QUINCE 36 |
| 80 | GOLD BEET 25# |
| 48 | TOMATILLOS WB. |

Pallets Out/In /

Date: 8-05-08  Time:
Order #: 122613  Product: MIKE
Shipper: DAVALAN SHIPPING
Receiver: MEREX
Carrier: EDA4 TRANS
Vessel:        Driver Signature:
S/N  6664110
SENSITECH INC    www.sensitech.com  ICOMPANYNAME!

Total:

PALLETS IN: _____ 0

DRIVER PRINT: _Flavin Adanonic_

TRAILER LIC: _275-860 IL_

PALLETS OUT: _____ 11

DRIVER SIGN: _____

TIME OUT: _____ 9:40 PM

LATE LOAD
8-5-08
Jose Pimentel

SHIPPING MANIFEST



1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-8234

SEAL#:
CUST PO#:
RECORDER#:
BK#:

CARRIER#:
AIR BILL#:
CONTAINER#:
TEMPERATURE:        0

| CUSTOMER INFORMATION: Name | | Number: |
|---|---|---|
| MEREX FOOD CORP. | | MEREX |
| P.O. Number | Phone No. | Terms |
| | 914-376-0202 | NET 21 DAYS |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | 2 | Yes | No | |
| 08/01/08 | 00122613 | of | X | | SB |
| | | 2 | Delivered | | |

Bill To:   MEREX FOOD CORP.
           PO BOX 9
           YONKERS, NY 10710-0009

Ship To:   MEREX FOOD CORP.
           1120 SAW MILL RIVER ROAD
           YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 1 | RECORDER |

Pallets Out/In /

Total: 642

PALLETS IN: _____

PALLETS OUT: _____

DRIVER PRINT: _____

DRIVER SIGN: _____

TRAILER LIC: _____

TIME OUT: _____

INVOICE / CHARGE


**davalan sales**

1801 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 928-2600  Fax (213) 622-6234

CUSTOMER COPY

| CUSTOMER INFORMATION: Name | Number: | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | MEREX | | 08/07/08 | 00122672 | 1 of 1 | Yes X  No | | SB |
| P.O. Number | Phone No. | Terms | | | | Delivered | | |
| 84809 | 914-376-0202 | NET 21 DAY | | | | | | |

Bill To:  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

Ship To:  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 46 | 02194 PASILLA WB. | 17.000 | 782.00 |
| 10 | 08303 CARIBE YELLOW CHILI 30# | 23.700 | 237.00 |
| | Pallets Out/In 0/ 0 | | |

| | Total | 56.00 | Total $ | 1019.00 |
|---|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✖_____
Customer Signature



SHIPPING·MANIFEST


**davalan sales**

1001 E. Olympic Blvd., Suite 336
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-8234

| | |
|---|---|
| SEAL#: | CARRIER#: |
| CUST PO#: | AIR BILL#: |
| RECORDER#: | CONTAINER#: |
| BK#: | TEMPERATURE: 0 |

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| MEREX FOOD CORP. | MEREX |

| P.O. Number | Phone No. | Terms |
|---|---|---|
| 34809 | 914-376-0202 | NET 21 DAYS |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| 08/07/08 | 00122672 | 1 of 1 | Yes X  No  Delivered | | SB |

Bill To:  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

Ship To:  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 46 | PASILLA WB. |
| 10 | CARIBE YELLOW CHILI 30# |

*TFS #18*
*Pedro M. 8-7-08*

Pallets Out/In /

Total: 56

PALLETS IN: _____

DRIVER PRINT: _____

TRAILER LIC: _____

PALLETS OUT: _____

DRIVER SIGN: _____

TIME OUT: 4:55 AM

INVOICE / CHARGE


**davalan sales**

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-0284

CUSTOMER COPY

| CUSTOMER INFORMATION: Name | | Number: |
|---|---|---|
| MEREX FOOD CORP. | | MEREX |
| P.O. Number | Phone No. | Terms |
| 84806 | 914-376-0202 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | 1 | Yes | No | |
| 08/08/08 | 00122664 | of 1 | X | | SB |
| | | | Delivered | | |

**Bill To:** MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:** MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 20 | 05978 ROMANESCO | 9.850 | 197.00 |
| 20 | 03678 LONG BEAN 30# | 23.500 | 470.00 |
| 30 | 03764 ESCAROLE 2 DOZ. | 9.000 | 270.00 |
| 98 | 06825 TOMATILLOS WB. | 15.000 | 1470.00 |
| 32 | 08303 CARIBE YELLOW CHILI 30# | 21.000 | 672.00 |
| 96 | 05823 RAPINI | 27.750 | 2664.00 |
| 112 | 02194 PASILLA WB. | 16.250 | 1820.00 |
| 30 | 02368 DAIKON WB. | 13.000 | 390.00 |
| 3 | 08697 DRAGON FRUIT | 44.500 | 133.50 |
| 5 | 01058 CACTUS LEAVES 10# | 5.000 | 25.00 |
| 2 | 09167 CONSOLIDATION HOOD | .000 | .00 |
| 1 | 08840 RECORDER #666455 | 23.500 | 23.50 |

Pallets Out/In  0/ 0

| | Total 449.00 | Total $ | 8135.00 |
|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities. and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

X
Customer Signature



SHIPPING MANIFEST


**davalan sales**

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500   Fax (213) 622-6234

| | | | | |
|---|---|---|---|---|
| SEAL#: | | CARRIER#: | | |
| CUST PO#: | | AIR BILL#: | | |
| RECORDER#: | | CONTAINER#: | | |
| BK#: | | TEMPERATURE: | 0 | |

| CUSTOMER INFORMATION: Name | Number | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | MEREX | | | | | Yes | No | |
| P.O. Number | Phone No. | Terms | 08/08/08 | 00122664 | 1 of 1 | X | | SB |
| 84806 | 914-376-0202 | NET 21 DAYS | | | | Delivered | | |

**Bill To:**   MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**   MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | |
|---|---|---|
| 20 | ROMANESCO | |
| 20 | LONG BEAN 30# | |
| 30 | ESCAROLE 2 DOZ. | |
| 98 | TOMATILLOS WB. | |
| 32 | CARIBE YELLOW CHILI 30# | |
| 96 | RAPINI | |
| 112 | PASILLA WB. | |
| 30 | DAIKON WB. | |
| 3 | DRAGON FRUIT | |
| 5 | CACTUS LEAVES 10# | |
| 2 | CONSOLIDATION HOOD | |
| 1 | RECORDER #666455 | |
| | Pallets Out/In / | |

Date: ___   Time: ___
Order #: ___
Shipper: ___
Receiver: ___
Carrier: ___   Driver Signature: ___
Vessel: ___
S/N: **6664455**
SENSITECH INC.   www.sensitech.com   3 COPY NOTICE

Total: 449

PALLETS IN: _11_

X DRIVER PRINT: DAN MB. THA
X TRAILER LIC: 4DKSS89 CA

PALLETS OUT: _11_

X DRIVER SIGN: ___

TIME OUT: 4 55 PM

INVOICE / CHARGE


**davalan sales**

1601 E. Olympic Blvd., Suite J26
Los Angeles, CA 90021
Phone (213) 622-2600  Fax (213) 622-8234

CUSTOMER COPY

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| MEREX FOOD CORP. | MEREX |

| P.O. Number | Phone No. | Terms |
|---|---|---|
| 84878 | 914-376-0202 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | 1 | Yes | No | |
| 08/13/08 | 00122699 | of | X | | SB |
| | | 1 | Delivered | | |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 30 | 05621 RED CACTUS PEARS 35# | 15.000 | 450.00 |
| 56 | 02194 PASILLA WB.20# NET | 16.250 | 910.00 |
| 96 | 05823 RAPINI | 27.750 | 2664.00 |
| 45 | 03547 JICAMA 40# | 9.750 | 438.75 |
| 98 | 06194 SHANGHAI BOK CHOY WB. | 11.500 | 1127.00 |
| 112 | 01632 JALAPENO CHILES WB.38# NET | 20.900 | 2340.80 |
| 60 | 02231 RED FRESNO CHILES 10LBS. | 14.000 | 840.00 |
| 1 | 08840 RECORDER # 6664448 | 23.500 | 23.50 |

Pallets Out/In  0/ 0

| | Total | 498.00 | Total $ | 8794.05 |
|---|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

*F.O.B., L.A. FINAL ACCEPTANCE*

X
Customer Signature



SHIPPING MANIFEST



1601 E. Olympic Blvd., Suite 326
Los Angeles, CA 90021
Phone (213) 623-2600  Fax (213) 622-6234

| | SEAL#: | CARRIER#: | |
| | CUST PO#: | AIR BILL#: | |
| | RECORDER#: | CONTAINER#: | |
| | BK#: | TEMPERATURE: | 0 |

| | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|
| CUSTOMER INFORMATION: Name | | | | Yes | No | |
| MEREX FOOD CORP. | 08/13/08 | 00122699 | 1 of 1 | X | | SB |
| Number: MEREX | | | | Delivered | | |
| P.O. Number   Phone No.   Terms | | | | | | |
| 914-376-0202   NET 21 DAYS | | | | | | |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 30 | RED CACTUS PEARS 35# |
| 56 | PASILLA WB.20# NET |
| 96 | RAPINI |
| 45 | JICAMA 40# |
| 98 | SHANGHAI BOK CHOY WB. |
| 112 | JALAPENO CHILES WB.38# NET |
| 60 | RED FRESNO CHILES 10LBS. |
| 1 | RECORDER  *666 4448* |

Date: 8-13-08   Time:
Order: 122699   Product: MIXE
Shipper: DAVALAN SHIPPING
Receiver: MEREX
Carrier: 7/4/10
Vessel:   Signature:
S/N: 6664448
SENSITECH INC   www.sensitech.com  1 COPY NOTICE

Pallets Out/In /

Total: 498

PALLETS IN: _____ 0
DRIVER PRINT: Dan Mourao
TRAILER LIC: 862 752 MO.

PALLETS OUT: _____ 9
DRIVER SIGN: _____
TIME OUT: 12:10 PM



INVOICE / CHARGE

**davalan sales**

1801 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-6234

| CUSTOMER INFORMATION: Name | Number | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | MEREX | | 08/18/08 | 00122748 | of 1 | Yes X No | Delivered | SB |

| P.O. Number | Phone No. | Terms |
|---|---|---|
| 84820 | 914-376-0202 | NET 21 DAY |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 48 | 05823 RAPINI | 27.750 | 1332.00 |
| 59 | 03547 JICAMA 40# | 9.750 | 575.25 |
| 5 | 08697 DRAGON FRUIT | 44.500 | 222.50 |
| 30 | 00948 BROCCOLINI 18CT. | 22.750 | 682.50 |
| 10 | 03862 LEMONGRASS 40# | 15.000 | 150.00 |
| 1 | 06433 KABOCHA SQUASH | 16.000 | 16.00 |
| 1 | 09167 CONSOLIDATION HOOD | .000 | .00 |
| 4 | 08397 CONSOLIDATION Pride of San Jua | .000 | .00 |
| 1 | 08840 RECORDER # 6664453 | 23.500 | 23.50 |

Pallets Out/In  0/ 0

| Total | 159.00 | Total $ | 3001.75 |
|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS. Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

**✕**_____

Customer Signature



SHIPPING MANIFEST



1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021

| SEAL# | | CARRIER# | |
| CUST PO# | | AIR BILL # | |
| RECORDER# | | CONTAINER# | |
| BK# | | TEMPERATURE: | 0 |

| CUSTOMER INFORMATION: Name | | Number: | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | | MEREX | | | | 1 | Yes | No | |
| P.O. Number | Phone No. | Terms | | 08/18/08 | 00122748 | of | X | | SB |
| 84820 | 914-376-0202 | NET 21 DAYS | | | | 1 | Delivered | | |

**Bill To:** MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:** MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 48 | RAPINI |
| 59 | JICAMA 40# |
| 5 | DRAGON FRUIT |
| 30 | BROCCOLINI 18CT. |
| 10 | LEMONGRASS 40# |
| 1 | KABOCHA SQUASH |
| 1 | CONSOLIDATION HOOD |
| 4 | CONSOLIDATION Pride of San Jua |
| 1 | RECORDER |

Date 8/20/08  Time:
Order # 14774  Product: Mixed
Shipper: Davila Sub
Receiver: Merex Fud Corp.
Carrier:
Vessel:  Driver Signature: Tom Taylor
S/N: 6664453
SENSITECH INC.   www.sensitech.com  5 COPY NOTICE

Pallets Out/In /

Total: 159

PALLETS IN: _____
DRIVER PRINT: Tom Taylor
TRAILER LIC: 862-278 MCo
Burlow Transport.

PALLETS OUT: _____ 8
DRIVER SIGN: Tom Taylor
TIME OUT: 5:15 AM



# davalan sales

1001 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 622-2600  Fax (213) 622-8234

INVOICE / CHARGE

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| MEREX FOOD CORP. | MEREX |

| P.O. Number | Phone No. | Terms |
|---|---|---|
| 85005 | 914-376-0202 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | | Yes | No | |
| 08/22/08 | 00122724 | 1 of 1 | X Delivered | | SB |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 49 | 06098 SALAD SAVOY | 16.300 | 798.70 |
| 96 | 05823 RAPINI | 27.750 | 2664.00 |
| 135 | 03547 JICAMA 40# | 9.750 | 1316.25 |
| 56 | 01107 ANAHEIM CHILES 25# NetWB. | 15.500 | 868.00 |
| 48 | 02276 SERRANO 38# Net | 23.250 | 1116.00 |
| 10 | 05584 CACTUS PEAR, 10# | 9.750 | 97.50 |
| 1 | 08840 6664440 RECORDER | 23.500 | 23.50 |

Pallets Out/In 0/ 0

| | Total | 395.00 | Total $ | 6883.95 |
|---|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

X _____
Customer Signature



# SHIPPING MANIFEST



**davalan sales**

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021

| | | | | | | |
|---|---|---|---|---|---|---|
| SEAL#: | | | CARRIER#: | | | |
| CUST PO#: | | | AIR BILL#: | | | |
| RECORDER#: | | | CONTAINER#: | | | |
| BK#: | | | TEMPERATURE: | | 0 | |

| CUSTOMER INFORMATION: Name | | Number: |
|---|---|---|
| MEREX FOOD CORP. | | MEREX |
| P.O. Number | Phone No. | Terms |
| 85005 | 914-376-0202 | NET 21 DAYS |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| 08/22/08 | 00122724 | 1 of 1 | Yes **X** / No   Delivered | | SB |

**Bill To:** MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:** MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 49 | SALAD SAVOY |
| 96 | RAPINI |
| 135 | JICAMA 40# |
| 56 | ANAHEIM CHILES 25# Net WB. |
| 48 | SERRANO 38# Net |
| 10 | CACTUS PEAR. 10# |
| 1 | RECORDER |

Date 8-23-08 Time
Order 122724 Product MIXE
Shipper DAVALAN SHIPPING
Receiver MEREX
Carrier Curtine
Vessel    Driver Signature
6664440

www.sensitech.com

Pallets Out/In /

**Total: 395**

PALLETS IN: 0    SL C    PALLETS OUT: 8

DRIVER PRINT: Curtis Eaves    DRIVER SIGN: Curtis Eaves

TRAILER LIC: PY 7447 (VA)    TIME OUT: 7:35 AM

8-23-08



INVOICE / CHARGE

1601 S. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 823-2000  Fax (213) 822-6234

| CUSTOMER INFORMATION: Name | Number | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | MEREX | 08/26/08 | 00122853 | 1 of 1 | Yes X | No | SB |
| **P.O. Number** | **Phone No.** | **Terms** | | | Delivered | | |
| 85091 | 914-376-0202 | NET 21 DAY | | | | | |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 2 | 02834 FREIGHT FIGS TO CENTRA | 58.500 | 117.00 |

Pallets Out/In  0/ 0

| | Total | 2.00 | Total $ | 117.00 |
|---|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

X_____
Customer Signature



SHIPPING MANIFEST



1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021

| | | | | Delivery | | Salesperson |
|---|---|---|---|---|---|---|
| Date | Invoice Number | Page | | Yes | No | |
| 08/26/08 | 00122853 | 1 of 1 | | X | | SB |
| | | | | Delivered | | |

SEAL#:
CUST PO#:
RECORDER#:
BK#:

CARRIER#:
AIR BILL#:
CONTAINER#:
TEMPERATURE:     0

| CUSTOMER INFORMATION: Name | | Number: |
|---|---|---|
| MEREX FOOD CORP. | | MEREX |
| P.O. Number | Phone No. | Terms |
| | 914-376-0202 | NET 21 DAYS |

Bill To:  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

Ship To:  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 2 | FREIGHT FIGS TO CENTRA |

Pallets Out/In /

Total: 2

PALLETS IN: _____     PALLETS OUT: ____2____

DRIVER PRINT: _Mauricio Castillo_     DRIVER SIGN: _____

TRAILER LIC: __12.__     TIME OUT: __5:17 Am__



INVOICE / CHARGE

1001 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2600  Fax (213) 622-8234
CUSTOMER COPY

| CUSTOMER INFORMATION: Name | Number: | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | MEREX | | 08/28/08 | 00122837 | of 1 | Yes X | No | SB |
| P.O. Number | Phone No. | Terms | | | | Delivered | | |
| 85021 | 914-376-0202 | NET 21 DAY | | | | | | |

**Bill To:** MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:** MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 96 | 05823 RAPINI | 26.750 | 2568.00 |
| 10 | 01242 CHERRY PEPPERS 10LBS. | 20.000 | 200.00 |
| 98 | 06825 TOMATILLOS WB. | 9.500 | 931.00 |
| 56 | 02194 PASILLA WB.20# Net | 12.900 | 722.40 |
| 45 | 03547 JICAMA 40# | 9.750 | 438.75 |
| 56 | 06395 BUTTERNUT SQUASH | 18.000 | 1008.00 |
| 10 | 05978 ROMANESCO | 13.500 | 135.00 |
| 1 | 08840 RECORDER # 6664471 | 23.500 | 23.50 |

Pallets Out/In  0/ 0

| | Total | 372.00 | Total $ | 6026.65 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS. Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

X _____
Customer Signature



**SHIPPING MANIFEST**



1601 E. Olympic Blvd., Suite 326
Los Angeles, CA 90021
Ph :: (213) 822-2090 Fax (213) 822-823.

SEAL#:
CARRIER#:
CUST PO#:
AIR BILL#:
RECORDER#:
CONTAINER#:
BK#:
TEMPERATURE:    0

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| MEREX FOOD CORP. | MEREX |
| P.O. Number | Phone No. | Terms |
| | 914-376-0202 | NET 21 DAYS |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | 1 | Yes | No | |
| 08/28/08 | 00122837 | of | X | | SB |
| | | 1 | Delivered | | |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 95 | RAPINI |
| 10 | CHERRY PEPPERS 10LBS. |
| 98 | TOMATILLOS WB. |
| 56 | PASILLA WB.20# Net |
| 45 | JICAMA 40# |
| 56 | BUTTERNUT SQUASH |
| 10 | ROMANESCO |
| 1 | RECORDER # 6664471 |

Date 2-62-8  Time 1:44 p.m
Order # 122837  Product: MX
Shipper: davalan sales
Receiver: MEREX
DE M
Driver Signature:
Vessel 6664471
S/N
SENSITECH INC.  www.sensitech.com  I COPY NOTICE

Pallets Out/In /

**Total: 372**

PALLETS IN: _____ 0

DRIVER PRINT: CORNELIU F.

TRAILER LIC: B 32170 NJ

PALLETS OUT: _____ 7

DRIVER SIGN: CC Cf

TIME OUT: 1:44 PM

INVOICE / CHARGE



**davalan sales**

1801 E. Olympic Blvd., Suite 326
Los Angeles, CA 90021
Phone (213) 625-2500  Fax (213) 622-8704

CUSTOMER COPY

| CUSTOMER INFORMATION: Name | | Number: |
|---|---|---|
| MEREX FOOD CORP. | | MERIX |
| P.O. Number | Phone No. | Terms |
| 85097 | 914-376-0202 | NET 21 DAY |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| | | | Yes | No | |
| 08/29/08 | 00122905 | of 1 | X Delivered | | SB |

Bill To:   MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

Ship To:   MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 49 | 02343 YELLOW CHILES 30# WIREBOUND | 15.000 | 735.00 |

Pallets Out/In  0/ 0

| | Total | 49.00 | Total $ | 735.00 |
|---|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

✖ _____
Customer Signature

**SHIPPING MANIFEST**



1801 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 622-3500  Fax (213) 622-0103

| | |
|---|---|
| SEAL #: | CARRIER#: |
| CUST PO#: | AIR BILL# |
| RECORDER#: | CONTAINER#: |
| BK#: | TEMPERATURE: 0 |

| CUSTOMER INFORMATION: Name | Number: | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | MEREX | | | | ) | Yes | No | |
| P.O. Number | Phone No. | Terms | 08/29/08 | 00122905 | of | X | | SB |
| 85097 | 914-376-0202 | NET 21 DAYS | | | 1 | Delivered | | |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 49 | YELLOW CHILES 30# WIREBOUND |
| | |
| | Pallets Out/In / |

**Total: 49**

PALLETS IN: _____

DRIVER PRINT: _____

TRAILER LIC: _____

PALLETS OUT: _____

DRIVER SIGN: _____

TIME OUT: _____

# INVOICE / CHARGE



**davalan sales**

1001 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2500  Fax (213) 622-0234
CUSTOMER COPY

| CUSTOMER INFORMATION: Name | Number | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | MEREX | 09/03/08 | 00122912 | 1 of 1 | Yes X | No | SB |

| P.O. Number | Phone No. | Terms |
|---|---|---|
| 55037 | 914-376-0202 | NET 21 DAY |

Delivered

**Bill To:** MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:** MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 28 | 00848 FAVA BEANS | 18.000 | 504.00 |
| 96 | 05823 RAPINI | 26.750 | 2568.00 |
| 20 | 08854 BROCCOLINI | 22.750 | 455.00 |
| 90 | 03547 JICAMA 40# | 9.750 | 877.50 |
| 48 | 02276 SERRANO WB. | 25.250 | 1212.00 |
| 40 | 02804 FRISEE 24 CT. | 11.500 | 460.00 |
| 2 | 09167 CONSOLIDATION HOOD | .000 | .00 |
| 80 | 00994 GOLD BEET 25# | 25.500 | 2040.00 |
| 20 | 01058 CACTUS LEAVES 10# | 5.000 | 100.00 |
| 1 | 08840 RECORDER #6664447 | 23.500 | 23.50 |

Pallets Out/In  0/  0

| Total | 425.00 | Total $ | 8240.00 |
|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B., L.A. FINAL ACCEPTANCE

**X** _____
Customer Signature



**SHIPPING MANIFEST**

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021

| SEAL#: | CARRIER#: |
| CUST PO#: | AIR BILL#: |
| REORDER#: | CONTAINER#: |
| BK#: | TEMPERATURE: | 0 |

| | | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|
| **CUSTOMER INFORMATION:** Name | | Number: | 09/03/08 | 00122912 | 1 of 1 | Yes [X] No [ ] Delivered | | SB |
| MEREX FOOD CORP. | | MEREX | | | | | | |
| P.O. Number | Phone No. | Terms | | | | | | |
| 85027 | 914-376-0202 | NET 21 DAYS | | | | | | |

**Bill To:**   MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**   MEREX FOOD CORP.
1120 SAW MILL RIVE
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 28 | FAVA BEANS |
| 96 | RAPINI |
| 20 | BROCCOLINI |
| 90 | JICAMA 40# |
| 48 | SERRANO WB. |
| 40 | FRISEE 24 CT. |
| 2 | CONSOLIDATION HOOD |
| 80 | GOLD BEET 25# |
| 20 | CACTUS LEAVES 10# |
| 1 | RECORDER |

**DAVALAN SALES INC. / THE BANAN**
Required Temp. Range: 36·3
Cooling Unit is working properly (Y/N): Yes
Temp. of trailer prior to loading: 38
Trailer is clean (Y/N): Yes
Comment:
Date: 9-3-8  Initials: JP
Driver Signature: Pedro Salinas

Pallets Out/In /

Total: 425

PALLETS IN: ___Ø___

DRIVER PRINT: Pedro Salinas

TRAILER LIC: UP 38957 (CA)

PALLETS OUT: ___9___

DRIVER SIGN: Pedro Salinas

TIME OUT: ___11:00 AM___

INVOICE / CHARGE



CUSTOMER COPY

1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 622-2500 Fax (213) 622-6234

| Date | Invoice Number | Page | Delivery | | Salesperson |
|------|---------------|------|------|------|------------|
| | | | Yes | No | |
| 09/09/08 | 00122934 | 1 of 1 | X Delivered | | SB |

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| MEREX FOOD CORP. | MEREX |
| P.O. Number | Phone No. | Terms |
| 85173 | 914-376-0202 | NET 21 DAY |

**Bill To:** MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:** MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|------|-------------|-----------|-----------|
| 90 | 03547 JICAMA 40# | 10.250 | 922.50 |
| 28 | 01107 ANAHEIM CHILES WB.20# NET | 13.250 | 371.00 |
| 56 | 02194 PASILLA WB. 20# NET | 12.350 | 691.60 |
| 40 | 02804 FRISEE 24 CT. | 11.500 | 460.00 |
| 20 | 08854 BROCCOLINI | 22.750 | 455.00 |
| 27 | 02368 DAIKON WB. | 13.000 | 351.00 |
| 6 | 06433 KABOCHA SQUASH | 13.750 | 82.50 |
| 30 | 06453 SPAGHETTI SQUASH | 16.750 | 502.50 |
| 15 | 06356 ACORN SQUASH | 19.500 | 292.50 |
| 48 | 00994 GOLD BEET 25# | 27.500 | 1320.00 |
| 1 | 08397 CONSOLIDATION YELLOW WATERMELO | .000 | .00 |
| 80 | 05466 POMOGRANATE 36 | 28.500 | 2280.00 |
| 1 | 08840 RECORDER # 6664462 | 23.500 | 23.50 |

Pallets Out/In 0/ 0

| Total | 442.00 | Total $ | 7752.10 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to. In addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

F.O.B. L.A. FINAL ACCEPTANCE

Customer Signature



SHIPPING MANIFEST



1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-3600  Fax (213) 622-6234

| SEAL#: | | CARRIER#: | |
|---|---|---|---|
| CUST PO#: | | AIR BILL#: | |
| REORDER#: | | CONTAINER#: | |
| BK#: | | TEMPERATURE: | 0 |

| Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|
| 09/09/08 | 00122934 | 1 of 2 | Yes [X] / No [ ] Delivered | | SB |

| CUSTOMER INFORMATION: Name | Number: |
|---|---|
| MEREX FOOD CORP. | MEREX |

| P.O. Number | Phone No. | Terms |
|---|---|---|
| 85173 | 914-376-0202 | NET 21 DAYS |

**Bill To:** MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:** MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 90 | JICAMA 40# |
| 28 | ANAHEIM CHILES WB.20# NET |
| 56 | PASILLA WB. 20# NET |
| 40 | FRISEE 24 CT. |
| 20 | BROCCOLINI |
| 27 | DAIKON WB. |
| 6 | KABOCHA SQUASH |
| 30 | SPAGHETTI SQUASH |
| 15 | ACORN SQUASH |
| 48 | GOLD BEET 25# |
| 1 | CONSOLIDATION YELLOW WATERMELO |
| 80 | POMOGRANATE 36 |

Pallets Out/In /

PLEASE PRESS HARD

Date 9/8/08   Time: 7:28 AM
Order #: 122934   Product: Mixed
Shipper: Daval Sale
Receiver: Merex Food Corp
Carrier: Vicom
Driver Signature:
Vessel:
S/N: 6664462
SENSITECH INC   www.sensitech.com  3 COPY NOTICE

Total:

PALLETS IN: 8

DRIVER PRINT: Alvin Hays

TRAILER LIC: G95 6FL OK

NYC NY

PALLETS OUT: 9

DRIVER SIGN:

TIME OUT: 9:30 AM

**SHIPPING MANIFEST**



1601 E. Olympic Blvd., Suite 325
Los Angeles, CA 90021
Phone (213) 623-2600  Fax (213) 622-6234

| | | | SEAL#: | | CARRIER#: | | | |
|---|---|---|---|---|---|---|---|---|
| | | CUST PO#: | | | AIR BILL#: | | | |
| | | RECORDER#: | | | CONTAINER#: | | | |
| | | BK#: | | | TEMPERATURE: | 0 | | |

| CUSTOMER INFORMATION: Name | | Number | | Date | Invoice Number | Page | Delivery | | Salesperson |
|---|---|---|---|---|---|---|---|---|---|
| MEREX FOOD CORP. | | MEREX | | | | 2 | Yes | No | |
| P.O. Number | Phone No. | Terms | | 09/09/08 | 00122934 | of | X | ☐ | SB |
| 45173 | 914-376-0202 | NET 21 DAYS | | | | 2 | Delivered | | |

**Bill To:**  MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

**Ship To:**  MEREX FOOD CORP.
1120 SAW MILL RIVER ROAD
YONKERS, NY 10710

| UNIT | DESCRIPTION |
|---|---|
| 1 | RECORDER # 6664462 |
| | |
| | Pallets Out/In / |

**Total: 442**

PALLETS IN: _____          PALLETS OUT: _____

DRIVER PRINT: _____          DRIVER SIGN: _____

TRAILER LIC: _____          TIME OUT: _____

DAVALAN SALES, SHIPPING
1601 E OLYMPIC BLVD
LOS ANGELES, CA 90021
Phone: (213) 623-2500
Fax:   (213) 622-6234

11/18/08
PAGE    1

S T A T E M E N T

MEREX FOOD CORP.
PO BOX 9
YONKERS, NY 10710-0009

CUSTOMER CODE: MEREX

Attn: ALICIAN/PHIL FAX914-376-

TERMS: NET 21 DAYS

| INV DATE | INVOICE NO | INV AMOUNT | PMT DATE | REFERENCE | PMT AMOUNT | BALANCE DUE |
|---|---|---|---|---|---|---|
| 06/20/08 | 00122269 | 3,252.00 | | | | |
| | | | 07/25/08 | 76888 | -2,872.60 | 379.40* |
| 07/05/08 | 00122352 | 19,535.25 | | | | 19535.25* |
| 07/14/08 | 00122437 | 7,692.60 | | | | |
| 11/14/08 | 00122437 | -784.00 | | | | 6908.60* |
| 07/18/08 | 00122474 | 10,749.75 | | | | 10749.75* |
| 07/22/08 | 00122519 | 6,435.00 | | | | |
| | | | 08/27/08 | 77119 | -6,411.50 | 23.50* |
| 07/30/08 | 00122580 | 9,451.90 | | | | |
| 11/14/08 | 00122580 | -855.00 | | | | 8596.90* |
| 08/01/08 | 00122613 | 12,447.20 | | | | |
| 11/14/08 | 00122613 | -893.00 | | | | 11554.20* |
| 08/07/08 | 00122672 | 1,019.00 | | | | 1019.00* |
| 08/08/08 | 00122664 | 8,135.00 | | | | |
| 11/14/08 | 00122664 | -588.00 | | | | 7547.00* |
| 08/13/08 | 00122699 | 8,794.05 | | | | 8794.05* |
| 08/18/08 | 00122748 | 3,001.75 | | | | 3001.75* |
| 08/22/08 | 00122724 | 6,883.95 | | | | |
| | | | 09/16/08 | 077237 | -6,836.45 | 47.50* |
| 08/26/08 | 00122853 | 117.00 | | | | 117.00* |
| 08/28/08 | 00122837 | 6,026.65 | | | | 6026.65* |
| 08/29/08 | 00122905 | 735.00 | | | | 735.00* |
| 09/03/08 | 00122912 | 8,240.00 | | | | 8240.00* |
| 09/09/08 | 00122934 | 7,752.10 | | | | 7752.10* |

| 1-10 | 11-20 | 21-30 | 31-40 | Over 40 | TOTAL DUE |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 101,027.65 | 101,027.65 |

11/2008 11/10 20.12 FAX 12000010407    From 12396918437   Page: 5/5   Date 11/03/2008 7:07:22 PM    KLNNGANOUSKT    001

11/07/2008 FRI 10:40   FAX 210 822 6204 DISTRIBUTION SALES    From 213 822 6234   Page: 5/44   Date: 11/7/2008 10:22:15 AM    000.044

**No. 077350**

| VENDOR NO : HAVA | | |
|---|---|---|
| INVOICE NO | INV DATE | INVOICE DESCRIPTION |
| | 08 14 08 | |
| | 08 25 08 | |

| GROSS AMOUNT | CHECK NO : 077350 | |
|---|---|---|
| | PAY/DISC NET | INV AMT |
| 7551.00 | 0.00 | 7551.00 |
| 117.00 | 0.00 | 117.00 |

**MEREX CORP.**

MEREX CORP.
NEW YORK DIVISION
PH. 914-376-6202
1120 SAW MILL RIVER RD.
YONKERS, NY 10710

MORGAN SALES INC.
1601 E OLYMPIC BLVD
DEPT 325
LOS ANGELES, CA 90021-1000

7668.00    0.00    No. 077350

J.P. MORGAN CHASE
206 CORPORATE WATER DR
WHITE PLAINS, NY 10604

12 / 210 543

Check #77350    No. 077350

| DATE | AMOUNT |
|---|---|
| 10-08-08 | $7,668.00 |

AUTHORIZED SIGNATURE

※ Security Features included. Details on back.

⑈077350⑈ ⑆021000021⑆ ⑈98017724⑈

*handwritten:* Full satisfaction of all outstanding
balances as of
10/08/08



**NEWS & COMMENTARY**

Columnists    First Take    Special Reports    Blogs    Podcasts    Industry News    Economy & Politics    Newsletters    Election 2008

LATEST NEWS  Dec. crude climbs 60 cents to $55.55/brl on Globex

PRESS RELEASE

# Baldor Specialty Foods, Inc. Completes Merex Food Corp. Asset Purchase

NEW YORK, Nov 12, 2008 /PRNewswire via COMTEX/ -- Baldor Specialty Foods, Inc. today announced the completed asset purchase of the Merex Food Corp., a leading produce pioneer/importer for the North American Market. The Bon Campo line, once exclusive to Merex, is now overseen by experts within Baldor's IPEX (International Produce Exchange) division. IPEX is Baldor's worldwide, off-shore network of farmers, marketers, and distributors working together to grow, package and export high quality produce to our shores.

Baldor's HACCP (Hazard Analysis Critical Control Points) program is AIB audited and certified, and meets all regulatory labeling requirements including the "new" COOL (Country of Origin Labeling). This acquisition underscores Baldor's status as one of the largest specialty food providers in the Northeast that consistently looks towards growth while maintaining strict food safety regulations. We progress by observing Q.S.S. (quality, service & safety) at every turn.

Baldor's HACCP accredited Fresh Cuts division has now assumed complete packaging of the entire Bon Campo line. Providing customers with varied product lines, the Bon Campo line includes such items as: sun-dried tomatoes, porcini mushrooms, potatoes, shallots, and pearl onions and continues to offer a consistent, affordable, year-round source of specialty produce from around the world.

Merex has been a respected name in the produce industry for well over 30 years. It pioneered innovative, value-added products such as the Bon Campo line, which has since become a supermarket staple.

"Bon Campo" and "Bon Campo Trattoria" feature consumer-friendly packaged produce items with original recipes and serving suggestions printed on the package. During the past few years, Merex, under the auspices of owner Dave Blumberg, began realizing that the challenge of remaining innovative was equal in importance to that of maintaining maximum quality standards and of being compliant to all the new regulatory food safety requirements recently issued by the produce industry.

Dave felt this merger with Baldor would be just the move to keep his Bon Campo line alive and thriving, thus enabling it to reach its market potential. "I feel that Baldor has the facilities, food safety systems and marketing clout needed to take my Bon Campo vision to the limit. I am proud to turn my dream over to Baldor."

Baldor CEO, Kevin Murphy, says, "We are happy that Merex has joined the Baldor family. Baldor will now be able to provide our customers with the Bon Campo line of packaged specialty produce and expand on its offerings. Baldor continues to broaden its scope and product line while maintaining top level service, and we are very excited and energized about the future."

Baldor recently relocated to a 200,000 square foot, state-of-the-art, green facility in the Hunts Point area of the Bronx. Baldor is approved by the FDA and USDA and is among the few facilities in the United States to be HACCP accredited. The COOL compliance initiative further positions Baldor as an industry leader in culinary quality enforcement, and allow for growth of additional product lines.

Maintaining its reputation as a leading food importer and distributor to industry professionals, Baldor is poised to provide additional and safe product lines to customers while maintaining relationships with farmers, producers, distributors and artisans.

ABOUT BALDOR SPECIALTY FOODS, INC

## LATEST VIDEOS
## MARKETS & BUSINESS

 Time For Wall Street To Get

 Nissan's Ghosn on Approach

 Auto Bailout Faces Uphill Battle

 Pirates Seize Large Saudi

 Advice for CEOs on How to

 CEO Council: Paulson,

 CEOs See Goldman, Citi As Tip

 Paulson: We're Not

 CEO Council: Paulson,

 More Job Cuts to Come



**Mutual Funds E-newsletter**

The latest mutual fund news and commentary delivered to your inbox weekly.

[    ]  Sign up
Privacy policy

**MOST POPULAR**

READ    EMAILED

1. We'll be in Great Depression 2 by 2011 -- here are 30 reasons why
2. CORRECT: Paulson, Bair clash over aid to troubled homeowners
3. U.S. stock futures point to mixed start after economic data
4. U.S. stocks turn negative after home builders' index drops
5. H-P shares surge on strong results, outlook
6. Beware of hedge funds' Washington whispers
7. Yang to step down as Yahoo CEO
8. Tough times getting tougher in Sin City
9. Home builders' mood shows more anguish than ever
10. Home Depot profit drops less than forecast 31%

Get the Latest MarketWatch News >>

**PARTNER CENTER**

Learn how to keep more of what you make.

*Scottrade* 7 Online Trades

Take our free online seminars, Charles Schwab

Switch to Scottrade, get up to $100 back

Dedicated to sourcing the finest and freshest produce and products. Baldor Specialty Foods, Inc. is one of the largest importers and distributers of fresh produce in the Northeastern United States. Building on relationships with domestic farmers and international growers, Baldor is the hub of a worldwide network that provides its customers with fresh produce on a daily basis Headquartered in a new state-of-the art 200,000 square foot facility in the Bronx, New York, Baldor continues to fill new specialty food niches in the marketplace. Baldor is located at 155 Food Center Drive, Bronx, New York 718.860.9100, or to learn more visit www.BaldorFood.com.

SOURCE Baldor Specialty Foods, Inc.

Copyright (C) 2008 PR Newswire. All rights reserved



Sponsored Links

**The Secrets of Importing**
Revealed by a 36 Year Veteran Learn How to Start Importing Now

**Food Import Info**
Get Info on Food Import from 14 search engines in 1.

**Food Import**
Find Local & Nationwide Results on Food Import

Top stories

- Home builders' mood shows more anguish than ever
- U.S. stocks turn negative after home builders' index drops
- CORRECT: Paulson, Bair clash over aid to troubled homeowners

Site Index | Topics | Archive | Help | Feedback | Media Archive | Premium Products | Mobile | RSS | Podcasts | Company Info | Advertising Media Kit | DJ Client Solutions

WSJ.com | Barron's Online | BigCharts | Virtual Stock Exchange | All Things Digital | MarketWatch Community

RealEstateJournal.com | Financial News Online | WSJ.com Small Business

MarketWatch





Civil Action No.:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVALAN SALES, INC.,

                         Plaintiff,

          -against-

MEREX FOOD CORP., DAVID S. BLUMBERG,
and PHIL DOLLMAN,

                         Defendants.

---

## ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND TEMPORARY RESTRAINING ORDER

---

### GRANOFF, WALKER & FORLENZA, P.C.
Attorneys for Plaintiff
Office and Post Office Address
**747 THIRD AVENUE, 4th FLOOR**
**NEW YORK, NEW YORK 10017**
**(212) 421-2111**

---

### ATTORNEY'S CERTIFICATION
STATE OF NEW YORK, COUNTY OF
The undersigned, an attorney admitted to practice in the State of New York, does hereby certify, pursuant to CPLR 2105, that I have compared the within
with the original and have found it to be a true and complete copy thereof.
Dated:                    20
### NOTICE OF ENTRY OR SETTLEMENT
PLEASE TAKE NOTICE that an order
__ **NOTICE OF ENTRY**
of which the within is a (true) (certified) copy of a          duly entered in the office of the clerk of the
within named court on                              20
__ **NOTICE OF SETTLEMENT**
will be presented for settlement to the Hon.              one of the judges of the within named
Court, at              on     20     at          o'clock   M.
Dated:                    20